UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYRONE HAYWOOD,

                       Plaintiff,

-against-

TENNESSEE S. PALMER and A. VALLE,

                       Defendants.

No. 21 Civ. 7277 (NSR)
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2023

NELSON S. ROMÁN, United States District Judge:

      On March 30, 2023, the Court dismissed *pro se* Plaintiff Tyrone Haywood's ("Haywood" or "Plaintiff") claims without prejudice, on the basis that Defendants Palmer and Valle ("Defendants") met their burden to demonstrate that Plaintiff failed to exhaust the administrative remedies available to him. (ECF No. 38.) The Court granted leave for Plaintiff to file an Amended Complaint on or before April 28, 2023; further, the Court noted that, should Plaintiff not file an Amended Complaint by this date, Plaintiff's claims would be dismissed with prejudice.

      Plaintiff failed to file an amended complaint by April 28, 2023. Thus, it is HEREBY ORDERED that Plaintiff's claims are dismissed with prejudice. The Clerk of the Court is kindly directed to terminate Defendants Palmer and Valle from this action, as there are no longer any claims pending against them. Additionally, the Clerk of the Court is directed to issue Judgment in favor of Defendants, and to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF as well as show service on the docket.

                                                                             SO ORDERED.

Dated: May 5, 2023
       White Plains, New York

                                                                             Nelson S. Román, U.S.D.J.