**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TYRONE HAYWOOD,

                        Plaintiff,

      -against-                                              21 **CIVIL 7277** (NSR)

                                                                                    **JUDGMENT**

TENNESSEE S. PALMER and A. VALLE,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2023, the Court dismissed pro se Plaintiff Tyrone Haywood's ("Haywood" or "Plaintiff") claims without prejudice on March 30, 2023, on the basis that Defendants Palmer and Valle ("Defendants") met their burden to demonstrate that Plaintiff failed to exhaust the administrative remedies available to him. (ECF No. 38.) The Court granted leave for Plaintiff to file an Amended Complaint on or before April 28, 2023; further, the Court noted that, should Plaintiff not file an Amended Complaint by this date, Plaintiff's claims would be dismissed with prejudice. Plaintiff failed to file an amended complaint by April 28, 2023. Thus, Plaintiff's claims are dismissed with prejudice. Defendants Palmer and Valle are terminated from this action, as there are no longer any claims pending against them. Judgment is entered in favor of Defendants.

**Dated:**  New York, New York
           May 8, 2023

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                                        **BY:**     *K. Mango*
                                                               **Deputy Clerk**